GRANTED: ___  DENIED: __X__
IT IS SO ORDERED
/s/ Donald C. Nugent  2/6/18
U.S. District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN GUERRA, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> PROGRESSIVE CASUALTY INSURANCE COMPANY, <br><br> Defendant. | CASE NO.: 1:17-CV-00488 <br><br> JUDGE DONALD C. NUGENT <br><br><br> **JOINT MOTION FOR APPROVAL OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE** |

## I. INTRODUCTION

Representative Plaintiff John Guerra and Defendant Progressive Casualty Insurance Company ("Progressive") respectfully move this Court to approve the proposed FLSA opt-in Settlement reached by the Parties and memorialized in the Joint Stipulation of Settlement and Release ("Settlement" or "Agreement") attached as Exhibit A.

The proposed settlement will resolve bona fide disputes involving overtime compensation claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219. Plaintiff asserted that Defendant Progressive unlawfully excluded child care subsidy payments that it paid to some of its hourly employees in determining their regular rates for purposes of computing overtime compensation. Plaintiff asserted, and Progressive has denied, that this failure resulted in Defendant's miscalculation and underpayment of overtime compensation it paid to its hourly employees, including Plaintiff.

If approved by the Court, the Settlement will provide for the issuance of notice to all Eligible Settlement Participants within fourteen (14) days. Eligible Settlement Participants will have thirty (30) days to join the Settlement by executing and returning Consent and Release Forms.